IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CARMEN GIBSON | : |
| Plaintiff | : |
| v. | : **Civil Action No.: L-02-CV-3827** |
| ENCORE MARKETING INTERNATIONAL, INC. | : |
| Defendant | : |

## JOINT STATUS REPORT

COME NOW, the parties, by and through undersigned counsel, and submit this Joint Status Report to the Court as per the January 15, 2003 Scheduling Order, and, in furtherance thereof, state as follows:

1. With the exception of a few new discovery issues that arose and requests that were made during the Deposition of Carmen Gibson on Wednesday, May 14, 2003, which should be resolved any day, discovery has been completed from Defendant's perspective. Plaintiff states that discovery is not complete.

2. There are no motions currently pending before the Court. Plaintiff intends to file a motion to extend the discovery deadline in order to take the deposition of one fact witness. Defendant has expressed its intention to oppose this motion.

3. Defendant intends to file a dispositive pretrial motion in this matter. Plaintiff may also file such a motion.

4. Plaintiff has demanded a jury trial. The trial is expected to last 2-3 days.

5. The parties, through counsel, engaged in settlement negotiations on Wednesday, May 21 and again on Tuesday, May 27, 2003. Neil R. Lebowitz,

Esquire represented the Plaintiff and Veronica Byam, Esquire represented the Defendant during these discussions. No settlement agreement was reached.

6. At this time, the parties do not object to ADR after the resolution of all dispositive pretrial motions.

7. At this time, all parties do not consent to having a U.S. Magistrate Judge conduct further proceedings in this case.

Respectfully submitted,

Joseph, Greenwald & Laake, P.A.

_____
Timothy F. Maloney
Veronica Byam
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
Counsel for Defendant Encore

Zipin, Melehy & Driscoll LLC

_____
Philip B. Zipin
Neil R. Lebowitz
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
(301) 587-6364
Counsel for Plaintiff Carmen Gibson