## Neil Lebowitz

| | |
|---|---|
| **From:** | "Veronica Byam" <vbyam@jgllaw.com> |
| **To:** | "'Neil Lebowitz'" <nlebowitz@zmdlaw.com> |
| **Cc:** | "Sharon R. Gilbert" <sgilbert@JGLLAW.com> |
| **Sent:** | Wednesday, May 21, 2003 4:58 PM |
| **Subject:** | Carmen Gibson case. |

Neil,
It is getting late and I have not reached Mr. Gallimore. Therefore, if you are going to note him, please send me a copy of the notice via fax so that I can prepare myself. However, I cannot assure his appearance, you'll have to serve him with a subpoena. As you know, I am going out of town until Monday evening and will not be back in the office until Tuesday. I am happy to make one of our conference rooms available for a deposition, if it goes forward on Tuesday afternoon. You could certainly phone my assistant, Sharon Gilbert, to schedule a conference room here while I am away.
   While I am away, I will check in with my office to see whether your notice has been received and whether or not you have booked a conference room here.
Regardless, have a good weekend, and maybe I will see you on Tuesday afternoon.
Thank you. I will send this same message via facsimile to your office just to make sure you receive it.
Veronica


--
> Veronica Byam, Esq.
> Joseph, Greenwald & Laake, P.A.
> 6404 Ivy Lane, Suite 400
> Greenbelt, Maryland 20770
> (301) 220-2200
> VBYAM@JGLLAW.COM
>
> Statement of Confidentiality:  The contents of this e-mail message and its
> attachments are intended solely for the addressee(s) hereof.  In addition,
> this e-mail transmission may be confidential and it may be subject to
> privilege protecting communications between attorneys and their clients.
If
> you are not the named addressee, or if this message has been addressed to
> you in error, you are directed not to read, disclose, reproduce,
distribute,
> disseminate, or otherwise use this transmission.
>
> Delivery of this message to any person other than the intended recipients)
> is not intended in any way to waive privilege or confidentiality.  If you
> have received this transmission in error, please alert the sender by reply
> e-mail; we also request that you immediately delete this message and its
> attachments, if any.
>
>

5/27/2003