# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Southern Division

| | |
|---|---|
| CARMEN GIBSON | : |
| Plaintiff | : |
| v. | : **Civil Action No.: L-02-CV-3827** |
| ENCORE MARKETING INTERNATIONAL, INC. | : |
| Defendant | : |

## DEFENDANT'S MOTION TO EXTEND DISPOSITIVE MOTIONS' DEADLINE

COMES NOW, the Defendant, Encore Marketing International, Inc., by and through its attorneys, Timothy F. Maloney, Veronica Byam and the law firm of Joseph, Greenwald & Laake, P.A. and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, hereby moves this Honorable Court to extend the deadline for dispositve motions and in furtherance thereof states as follows:

1. The Court's Scheduling Order contains a deadline of Tuesday, June 24, 2003 to file Dispositive Motions in this case.

2. On May 28, 2003, the Plaintiff moved the Court to extend the discovery deadline in this case, which ended pursuant to the Scheduling Order on May 27, 2003.

3. Today, Wednesday, June 18, 2003, the Court granted Plaintiff's Motion to Extend Discovery for the purposes of taking the deposition of Mr. David Gallimore, a third party fact witness.

4. Mr. Neil Lebowitz, attorney for the Plaintiff, sent an email communication to Veronica Byam, one of the attorneys for the Defendant, *inter alia,* requesting a time

       next week when the deposition of Mr. Gallimore could be taken. *See* email from Lebowitz to Byam attached hereto as Exhibit 1.

5.     The same email from Mr. Lebowitz refused to consent to Defendant's request for a brief extension of the time to file dispositive motions.

6.     As such, the Defendant is now in the position of having to file its Motion for Summary Judgment by Tuesday, June 24, as per the Scheduling Order, and also having to defend the deposition of Mr. Gallimore next week. Even if Mr. Gallimore's deposition could be scheduled next week *before* dispositve motions are currently due, i.e., Monday, June 23, the Defendant would still not have time to receive a copy of the deposition transcript from the court reporter and the deponent would not have read and made corrections to the testimony before the Defendant's Motion for Summary Judgment would be due in this Court. Therefore, any and all testimony and evidence offered by Mr. Gallimore could not be included in Defendant's Motion for Summary Judgment if it must be filed by Tuesday, June 24, 2003.

7.     As such, the Defendant will necessarily be prejudiced if discovery is extended and the deadline for dispositive motions is not.

8.     Given the Court's granting of Plaintiff's Motion to Extend Discovery, reasonably, the deadline for dispositive motions should also be extended to afford both sides the opportunity to read, review and synthesize this new discovery information before dispositive motions are due in this case.

9.     The Defendant has not moved this Court prior to this instance, to modify the Scheduling Order in this case.

10. Given the extension of the discovery deadline, no prejudice could come to the Plaintiff by extending the dispositive motions' deadline.

WHEREFORE, the above premises being considered, the Defendant, Encore Marketing International, Inc., respectfully requests that this Honorable Court grant Defendant's Motion to Extend Dispositive Motions' Deadline in its entirety and extend said deadline by four weeks to July 22, 2003.

Respectfully submitted,

Joseph, Greenwald & Laake, P.A.

_____
Timothy F. Maloney
Veronica Byam
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
**tmaloney@jgllaw.com**
**vbyam@jgllaw.com**
Counsel for Defendant Encore

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | |
|---|---|
| CARMEN GIBSON | : |
| Plaintiff | : |
| v. | : **Civil Action No.: L-02-CV-3827** |
| ENCORE MARKETING INTERNATIONAL, INC. | : |
| Defendant | : |

### ORDER

UPON CONSIDERATION of Defendant's Motion to Extend Dispositive Motions' Deadline and any opposition thereto, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland:

**ORDERED,** that the Defendant's Motion to Extend Dispositive Motions' Deadline be and hereby is **GRANTED** in its entirety; and it is further

**ORDERED,** that the deadline for filing dispositive motions in this case be and hereby is **JULY 22, 2003.**

_____
JUDGE, United States District Court
for the District of Maryland

**COPIES TO:**

Timothy F. Maloney
Veronica Byam
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200 / voice
(301) 220-1214 / facsimile
**tmaloney@jgllaw.com**
**vbyam@jgllaw.com**
Counsel for Defendant Encore

4

Philip B. Zipin, Esq.
Neil R. Lebowitz Esq
Zipin Melehy & Driscoll LLC
8403 Colesville Road
Suite 610
Silver Spring, MD 20910
(301) 587-6364 / voice
(301) 587-6308 / facsimile
Counsel for Plaintiff Gibson