**Veronica Byam**

| | |
|---|---|
| **From:** | Neil Lebowitz [nlebowitz@zmdlaw.com] |
| **Sent:** | Wednesday, June 18, 2003 12:28 PM |
| **To:** | Veronica Byam |
| **Subject:** | Re: Gibson v. Encore |

Veronica:

    My client and I do not consent to an extension of the June 24, 2003 dispositive motions deadline.

    Additionally, please be advised that we do not anticipate filing a motion for summary judgment.

    Finally, pursuant to the Court's ruling this morning on my client's unopposed motion to depose David Gallimore, please let me know your availability next week for Mr. Gallimore's deposition and whether you will
accept a deposition notice on his behalf.

                      Very truly yours,

                        Neil R. Lebowitz

```
----- Original Message -----
From: "Veronica Byam" <vbyam@jgllaw.com>
To: <nlebowitz@zmdlaw.com>
Cc: "Sharmese L. Hodge" <shodge@JGLLAW.com>
Sent: Tuesday, June 17, 2003 4:09 PM
Subject: Gibson v. Encore
```

> Neil,
> I know this has become a pattern between us, but what do you say to
> consenting to an extension of time to file dispositive motions? Current due
> date as per Scheduling Order is next Tuesday, June 24. I am no where near
> being ready to file anything next Tuesday, though I could be ready to file
> by Monday, June 30.
> I think we are also supposed to discuss which of us is filing what
> and who should go first, as per Sched. Order.  What is your plan?  We,
> obviously, intend to file a Motion for Summary Judgment.
>
> Please advise on this.
> Thanks.
> Veronica
>
>
> Veronica Byam, Esq.

1

```
> Joseph, Greenwald & Laake, P.A.
> 6404 Ivy Lane, Suite 400
> Greenbelt, Maryland 20770
> (301) 220-2200
> VBYAM@JGLLAW.COM
>
> Statement of Confidentiality:  The contents of this e-mail message and its
> attachments are intended solely for the addressee(s) hereof.  In addition,
> this e-mail transmission may be confidential and it may be subject to
> privilege protecting communications between attorneys and their clients.
If
> you are not the named addressee, or if this message has been addressed to
> you in error, you are directed not to read, disclose, reproduce, distribute,
> disseminate, or otherwise use this transmission.
>
> Delivery of this message to any person other than the intended recipients)
> is not intended in any way to waive privilege or confidentiality.  If you
> have received this transmission in error, please alert the sender by reply
> e-mail; we also request that you immediately delete this message and its
> attachments, if any.
>
>
>
```

2