IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CARMEN GIBSON | : |
| Plaintiff | : |
| v. | : **Civil Action No.:  L-02-CV-3827** |
| ENCORE MARKETING INTERNATIONAL, INC. | : |
| Defendant | : |

### DEFENDANT'S REPLY TO OPPOSITION TO EXTEND DISPOSITIVE MOTIONS' DEADLINE

COMES NOW, the Defendant, Encore Marketing International, Inc., by and through its attorneys, Timothy F. Maloney, Veronica Byam and the law firm of Joseph, Greenwald & Laake, P.A. and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, submits this brief Reply to Opposition to Motion to Extend Dispositive Motions' Deadline and in furtherance thereof states as follows:

1. Motions to extend time are routinely granted by the Court and the Defendant has not heretofore requested such an extension.

2. Plaintiff's Motion to Extend Time for discovery was respectfully granted *after* the close of discovery.  Defendant has moved the court to grant its extension *before* the dispositive motions' deadline has passed.

3. Plaintiff has not alleged[1] and could not demonstrate any harm or prejudice by this Court granting Defendant's Motion to Extend Dispositive Motions' Deadline.

---

[1] Defendant respectfully disagrees with the allegations and accusations about Defendant and defense counsel contained in Plaintiff's Opposition, filed Thursday, June 19, 2003, but otherwise declines to further inconvenience the Court with its own recitation of facts irrelevant to this matter.

WHEREFORE, the above premises being considered and those in Defendant's Motion to Extend Dispositive Motions' Deadline, the Defendant, Encore Marketing International, Inc., respectfully requests that this Honorable Court grant Defendant's Motion to Extend Dispositive Motions' Deadline in its entirety and extend said deadline by four weeks to July 22, 2003.

Respectfully submitted,

Joseph, Greenwald & Laake, P.A.

_____
Timothy F. Maloney
Veronica Byam
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
**tmaloney@jgllaw.com**
**vbyam@jgllaw.com**
Counsel for Defendant Encore