IN THE UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CARMEN GIBSON | : |
| Plaintiff | : |
| v. | : **Civil Action No.:  L-02-CV-3827** |
| ENCORE MARKETING INTERNATIONAL, INC. | : |
| Defendant | : |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Defendant, Encore Marketing International, Inc., (hereinafter "Encore"), and pursuant to Fed. R. Civ. P. 56, submits this Motion for Summary Judgment and hereby moves this Honorable Court to grant its Motion in its entirety and enter judgment for the Defendant, as to all issues, as a matter of law.  Defendant respectfully refers the Court to the accompanying Memorandum of Law in support hereof, incorporated herein by reference, for the factual and legal grounds upon which this Motion is based.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　JOSEPH, GREENWALD & LAAKE, P.A.


　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Timothy F. Maloney
　　　　　　　　　　　　　　　　　　　　　　Veronica Byam
　　　　　　　　　　　　　　　　　　　　　　6404 Ivy Lane, Suite 400
　　　　　　　　　　　　　　　　　　　　　　Greenbelt, Maryland 20770
　　　　　　　　　　　　　　　　　　　　　　(301) 220-2200 / voice
　　　　　　　　　　　　　　　　　　　　　　(301) 220-1214 / facsimile
　　　　　　　　　　　　　　　　　　　　　　Tmaloney@jgllaw.com
　　　　　　　　　　　　　　　　　　　　　　Vbyam@jgllaw.com
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Encore

IN THE UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CARMEN GIBSON | : |
| Plaintiff | : |
| v. | : **Civil Action No.: L-02-CV-3827** |
| ENCORE MARKETING INTERNATIONAL, INC. | : |
| Defendant | : |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, its accompanying Memorandum of Law, and any opposition thereto, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland:

**ORDERED,** that the Defendant's Motion for Summary Judgment be and hereby is **GRANTED** in its entirety, and it is further

**ORDERED,** that judgment be and hereby is **ENTERED** for Defendant Encore.

_____
JUDGE, United States District
Court for the District of Maryland

**COPIES TO:**

Phil Zipin, Esq.
Neil Lebowitz, Esq.
Zipin, Melehy & Driscoll LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
(301) 587-6308 / facsimile
ziplaw@nela.org
nlebowitz@zmdlaw.com

Timothy F. Maloney
Veronica Byam
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-1214 / facsimile
tmaloney@jgllaw.com
vbyam@jgllaw.com