**Current Job Duties:**

**Telemarketing Specialist**

**Vendor Quality Report (VQR)**

Monthly report generated for each vendor
Quality Initiative (review monitoring forms)
QVR - upon quarterly meeting

**TM complaints**

Client complaints &
DNS Customer
complaints
Sales verification (tape audits)
Quality control

**Scripts**

Develop Inbound, Outbound, Soft Transfer,
Tag Contact Product Managers for product
updates Request Premiums to enhance product
Revision (client changes)
Distribution (clients, managers and vendors)

**Monitoring Scheduling Client**
remote Weekly remote

Provide remote overview
Commendation
Track vendor performance
Recommendation

**Quality Management** Vendor quality assurance
Quality Manual/Presentation for all new
vendors Site recommendations


EXHIBIT NO ~r.¯hO¯y₁
DATE
REPTR J~lh^
L.A.D. REPORTING

      <u>Vendor Training</u> Training
          Focus Groups
          Implement suggestions
          Script revisions
          Fulfillment
          Incentives

      <u>Campaign Evaluation</u> Track
          daily performance
          Review account reconciliation reports for revenue verification
          Recommendations
          Site evaluation

      <u>Pipeline</u>

          Weekly TM forecast

Achievements

Added categories to Vendor Quality Report (VQR), Improved quality assurance maintaining a 95% accuracy across the board, Educated customer service on Telemarketing complaints and process decreasing complaints by 60%.
Forms Created: TM complaint form, Sales Verification, Tracking and Scheduling(monitoring)