# 2 THURSDAY

## NOVEMBER, 2000 • 307th Day, 59 Days Left • 44th Week

**APPOINTMENTS & SCHEDULED EVENTS**          **DIARY AND WORK RECORD**

8 (0800) — Georgia - after the final reports

Internal interview

9 (900)
10 (1000) — Fleet - Devt Jan.
          MA - Nov.

11 (1100) — Snell - sent scripts

external candidates in tag Mav - list

12 (1200) — Gibson - household
          Joe Connor -

1 (1300) — Roe - presentation
          no spanish speaker

2 (1400)

3 (1500) — Corine Ross
          the second effort
          their offering

4 (1600)

✳ 888-631-9028 x6348       5 (1700) — Sonya Riddick
                                      consistent

6 (1800)

7 (1900)

8 (2000)

**TO BE DONE TODAY (ACTION LIST)**          **EXPENSE & REIMBURSEMENT RECORD**

Tony - 212-956-2888

pipeline                                5 reps - 1185 hrs.

duplicate numbers

2,000 -

Gibson
EXHIBIT NO. 2
DATE 5/14/03
REPTR km
L.A.D. REPORTING

**21 TUESDAY**

NOVEMBER, 2000 • 326th Day, 40 Days Left • 47th Week

| APPOINTMENTS & SCHEDULED EVENTS | DIARY AND WORK RECORD |
|---|---|
| **8** 0800 | Jc I final report<br>+ E.O.C. tape |
| Teresa - script **9** 0900 | Asoc - CM ready |
| **10** 1000 | next week |
| **11** 1100 | EOC - Oct - TTsp. |
| **12** 1200 | Script - Joe Billing |
| **1** 1300 | minthly billing |
| **2** 1400 | K.M - need premium |
| **3** 1500 | super shuttle - script |
| **4** 1600 | Meikle - marketing<br>plan |
| ✳ Fleed - Wheeling **5** 1700 | |
| Bobbi **6** 1800 | Monitor - register |
| **7** 1900 | already had<br>something similar |
| **8** 2000 | script adherence |

| TO BE DONE TODAY (ACTION LIST) | EXPENSE & REIMBURSEMENT RECORD |
|---|---|
| Shopping script - Joe | Wheeling<br>El Keene - use w/ |
| Marketing Plan | name - pronunciation |
| Assoc - citibank | Tara Jacobs - give center |
| H.H - PFW | Jose - name greeting<br>Shawn - about phone<br>script adherence<br>Jennifer Neer - wk w/<br>adherence - script |

# 11 THURSDAY

JANUARY, 2001  •  11th Day, 354 Days Left

**APPOINTMENTS & SCHEDULED EVENTS**

**DIARY AND WORK RECORD**

| 8 0800 | BP file complete |
| 9 0900 | Fleet - PFW cancelled |
| 10 1000 | Merkle return fees CD - Rom - Fleet |
| 11 1100 | |
| 12 1200 | |
| 1 1300 | |
| 2 1400 | Melissa Baules good input rebuttals not a lot |
| 3 1500 | of contacts |
| 4 1600 | James Baldwin no contacts - take it to fast |
| 5 1700 | Laura Wesevich consistency hesitation |
| 6 1800 | |
| 7 1900 | Brandy Pierce pleasant tone |
| 8 2000 | |

✳ Jen Maynard - Dubois .34

**TO BE DONE TODAY (ACTION LIST)**

pipeline

**EXPENSE & REIMBURSEMENT RECORD**

#DAY-TIMERS, Inc. ALLENTOWN, PA 18195-1551

PRINTED IN USA

# 13 SATURDAY

JANUARY, 2001  •  13th Day, 352 Days Left  •  2nd Week

**APPOINTMENTS & SCHEDULED EVENTS**                **DIARY AND WORK RECORD**

8
0800

9
0900

10
1000

11
1100

12
1200

1
1300

2
1400

3
1500

4
1600

5
1700

6
1800

7
1900

8
2000

**TO BE DONE TODAY (ACTION LIST)**            **EXPENSE & REIMBURSEMENT RECORD**

Household Report



# 25 THURSDAY

JANUARY, 2001 • 25th Day, 340 Days Left • 4th Week

**APPOINTMENTS & SCHEDULED EVENTS**

**DIARY AND WORK RECORD**

| | |
|---|---|
| 8 0800 | Conseco scripts |
| 9 0900 | reports |
| 10 1000 | Premium - meeting |
| 11 1100 | Newport - ministering session |
| 12 1200 | |
| 1 1300 | |
| 2 1400 | |
| 3 1500 | |
| 4 1600 | |
| 5 1700 | |
| 6 1800 | |
| 7 1900 | |
| 8 2000 | |

Paul

* NA - Jill Dane
8 88 - 906 - 4848
X 46 1026

**TO BE DONE TODAY (ACTION LIST)**

MC Stat

**EXPENSE & REIMBURSEMENT RECORD**

# 27
## SATURDAY
JANUARY, 2001 • 27th Day, 338 Days Left • 4th Week

APPOINTMENTS & SCHEDULED EVENTS                    DIARY AND WORK RECORD

* Newport

* Newport

| | |
|---|---|
| 8 | 0800 |
| 9 | 0900 |
| 10 | 1000 |
| 11 | 1100 |
| 12 | 1200 |
| 1 | 1300 |
| 2 | 1400 |
| 3 | 1500 |
| 4 | 1600 |
| 5 | 1700 |
| 6 | 1800 |
| 7 | 1900 |
| 8 | 2000 |

TO BE DONE TODAY (ACTION LIST)              EXPENSE & REIMBURSEMENT RECORD

**APPOINTMENTS & SCHEDULED EVENTS**

**DIARY AND WORK RECORD**

business
trip - 1/29
Left Haley
5:30am

National Car
Rental Corp
National #
$54.00
94 - 472 - 5712
866 - 681 - 5723

Carl - 2911
Tammi.

Client overview

catellak - document

| | |
|---|---|
| 8 0800 | Household - Tammi instructions |
| 9 0900 | Stephen - 215-702-2066 |
| 10 1000 | 818 - 41.72   48 3n |
| 11 1100 | 805 - 22.2   72 8.66 |
| 12 1200 | 818 - 16.1   43 24.2 |
| | 805 - 28.5   126 80.8 |
| 1 1300 | Data Source |
| 2 1400 | 2 - 1.50 per thousand |
| | .28 per one thousand |
| 3 1500 | .15 per one thousage |
| | per |
| 4 1600 | .10 " " "   name |
| | Minimum # 4.58 |
| 5 1700 | Cart out - 4 |
| 6 1800 | 805 - 52 4n8   78 5n 5.70 |
| 7 1900 | 818 - |
| 8 2000 | 805 - 44.39 %   708n |
| | 34.8   98 %  708n |

**TO BE DONE TODAY (ACTION LIST)**

**EXPENSE & REIMBURSEMENT RECORD**

children
marital status
home Los Angeles
occupation code
length of residence

Newport - ext. 2-10

# 30

**TUESDAY**
JANUARY, 2001 • 30th Day, 335 Days Left • 5th Week

**APPOINTMENTS & SCHEDULED EVENTS**

Newpot - 2.888en
3.15         7.30

Household - 1/29
8 L&G
22.7 shi .17
80S
8 e h.B . .59

| | |
|---|---|
| 8 0800 | |
| 9 0900 | |
| 10 1000 | |
| 11 1100 | |
| 12 1200 | |
| 1 1300 | |
| 2 1400 | |
| 3 1500 | |
| 4 1600 | |
| 5 1700 | |
| 6 1800 | |
| 7 1900 | |
| 8 2000 | |

**DIARY AND WORK RECORD**

Recheck 1/st
Processing
C8S - 1st process
1st BK - heads
with -

**TO BE DONE TODAY (ACTION LIST)**

2/5 - Or ... February leads
250 M - seq with U'S

✗ returned from trip. 1 a.m.
business trip

**EXPENSE & REIMBURSEMENT RECORD**

**APPOINTMENTS & SCHEDULED EVENTS**          **DIARY AND WORK RECORD**

● 

● 

● 

Newport
Dowe

● 

● 

✱   Newport

● 

● 

| 8 0800 | Household reports last week |
| 9 0900 | BP - sys hrs - new script |
| 10 1000 | |
| 11 1100 | Chase - limit hooks |
| 12 1200 | Merkle - CSS phone appends |
| 1 1300 | Fleet - due diligence |
| 2 1400 | sign agreement |
| 3 1500 | MC Status update |
| 4 1600 | |
| 5 1700 | |
| 6 1800 | |
| 7 1900 | |
| 8 2000 | |

**TO BE DONE TODAY (ACTION LIST)**          **EXPENSE & REIMBURSEMENT RECORD**

Notify Merkle - List processing
additional mailcodes (Chase)

# 1

**THURSDAY**

FEBRUARY, 2001 • 32nd Day, 333 Days Left • 5th Week

**APPOINTMENTS & SCHEDULED EVENTS**                **DIARY AND WORK RECORD**

**8** *0800*    Beeley - feedback

**9** *0900*    Chase - avail pats
              180,188 - reps

**10** *1000*   reports

Newport  **11** *1100*   mentoring

**12** *1200*   confidentiality
              Press - EEOC/BB

**1** *1300*

**2** *1400*

**3** *1500*

**4** *1600*

**5** *1700*

**6** *1800*

★ Chase  **7** *1900*
Newport  **8** *2000*

**TO BE DONE TODAY (ACTION LIST)**        **EXPENSE & REIMBURSEMENT RECORD**

Contact management -  trip in AB/CO

Dave - Assoc.

**3** **SATURDAY**
FEBRUARY, 2001 • 34th Day, 331 Days Left • 5th Week

APPOINTMENTS & SCHEDULED EVENTS                    DIARY AND WORK RECORD

8
0800

9
0900

10    *Newport News*
1000

11    888-413-1099
1100   6-512-729

12
1200

1
1300

2
1400

3
1500

4
1600

5
1700

6
1800

7
1900

8
2000

TO BE DONE TODAY (ACTION LIST)            EXPENSE & REIMBURSEMENT RECORD

APPOINTMENTS & SCHEDULED EVENTS

DIARY AND WORK RECORD

8 Chase —
0800
9 Citgo - Cancelled Feb.
0900
10 Merkle - data source
1000
11 rec'd - Consec total
1100
12
1200
1
1300
2
1400
3
1500
4
1600
5
1700
6
1800
7
1900
8
2000

Newport
241 597 888-942-9266
212-271-0585
× 55241

* Newport
241539/ conf #

TO BE DONE TODAY (ACTION LIST)

EXPENSE & REIMBURSEMENT RECORD

# 6

**APPOINTMENTS & SCHEDULED EVENTS**

**DIARY AND WORK RECORD**

John Armistead

888-324-6861
912-257-3353
X Encore 252483

252485 conf#

**TO BE DONE TODAY (ACTION LIST)**

**EXPENSE & REIMBURSEMENT RECORD**

8 0800
9 0900
10 1000
11 1100
12 1200
1 1300
2 1400
3 1500
4 1600
5 1700
6 1800
7 1900
8 2000

# 8

**THURSDAY**

FEBRUARY, 2001 • 39th Day, 326 Days Left • 6th Week

APPOINTMENTS & SCHEDULED EVENTS

DIARY AND WORK RECORD

**8** 0800 Chase - 2nd shift calling

**9** 0900 Fleet - ESO tape sent 1/19 - follow up

**10** 1000 reports - Household

**11** 1100 Cinseo - retail name

**12** 1200

888-324-430
912-271-0604
X 19362

**1** 1300
**2** 1400
**3** 1500
**4** 1600
**5** 1700
**6** 1800
**7** 1900
**8** 2000

212-287-1620
888-810-4147
Newark
2616022
VOID
X 19362

TO BE DONE TODAY (ACTION LIST)

EXPENSE & REIMBURSEMENT RECORD

canal - 7:30 p.m.
Monitor - Diane + Michelle

**APPOINTMENTS & SCHEDULED EVENTS**

**DIARY AND WORK RECORD**

Rich-cyl
Huntington
Rich/Chas

Salisbury
Chase

8 0800 — Chase EOC Dave
9 0900 — Conseco files
10 1000 — Model fite need mcil codes
11 1100 — 966-969 G
12 1200 — open MCIS-95 +
1 1300 — offer w/ new FHN
2 1400
3 1500
4 1600
5 1700
6 800
7 1900
8 2000

**TO BE DONE TODAY** (ACTION LIST)

FHN - PFW

**EXPENSE & REIMBURSEMENT RECORD**

DESK

ONE PAGE-PER-DAY

# 1
## THURSDAY
MARCH, 2001 • 60th Day, 305 Days Left • 9th Week

**APPOINTMENTS & SCHEDULED EVENTS**          **DIARY AND WORK RECORD**

| Time | |
|------|---|
| 8 0800 | Conseco - BBS to TSp. |
| 9 0900 | Chase + model fks complete |
| 10 1000 | Chase - HB & suppresen |
| 11 1100 | contact mgnt - IVR |
| 12 1200 | Teresa soft transfer on hub intry |
| 1 1300 | Teresa returns |
| 2 1400 | from vacation |
| 3 1500 | Mail cure request 001-099 G-TH |
| 4 1600 | |
| 5 1700 | |
| 6 1800 | |
| 7 1900 | |
| 8 2000 | |

Chase

**TO BE DONE TODAY (ACTION LIST)**          **EXPENSE & REIMBURSEMENT RECORD**

WC Stat

APPOINTMENTS & SCHEDULED EVENTS          DIARY AND WORK RECORD

8   Travel Chase sites
0800  + Oct A - completed

9
0900

10   Chase 9666
1000  9104 - .22

11
1100

12
1200

1
1300

2
1400

3
1500

4
1600

5
1700

6   Monitor w/Rich
1800

7
1900

8
2000

TO BE DONE TODAY (ACTION LIST)          EXPENSE & REIMBURSEMENT RECORD

DESK                                     ONE PAGE-PER-DAY

# 8 THURSDAY
MARCH, 2001 • 67th Day, 298 Days Left • 10th Week

**APPOINTMENTS & SCHEDULED EVENTS**

**DIARY AND WORK RECORD**

| | |
|---|---|
| 8 0800 | *[handwritten]* from 8186 to 8806 |
| 9 0900 | cancel 7pm |
| 10 1000 | Chase - clm - TSp |
| 11 1100 | send na BBS |
| 12 1200 | scripts to Assoc |
| 1 1300 | |
| 2 1400 | |
| 3 1500 | Conseq - PFW 88-651-6069 |
| 4 1600 | |
| 5 1700 | |
| 6 1800 | Chase - Travel |
| 7 1900 | |
| 8 2000 | |

**TO BE DONE TODAY (ACTION LIST)**

40 hrs
+28 sp h
wk 8 - 7pm
25 hrs OT

**EXPENSE & REIMBURSEMENT RECORD**

**MONDAY** **12**

11th Week • 71st Day, 294 Days Left • MARCH, 2001

| APPOINTMENTS & SCHEDULED EVENTS | DIARY AND WORK RECORD |
|---|---|

**8** 0800  Newport - overview

**9** 0900  ACI - scripts +
repositing into.

**10** 1000  Chase - March tape

**11** 1100  Chase - matng

**12** 1200

**1** 1300

**2** 1400

**3** 1500

**4** 1600

**5** 1700

**6** 1800  Chase - travel      704-637-3218
877-201-9439
#9635008

**7** 1900

**8** 2000

**TO BE DONE TODAY (ACTION LIST)**     EXPENSE & REIMBURSEMENT RECORD

MC Status
Conseco

DESK



ONE-PAGE-PER-DAY

# 13 TUESDAY

MARCH, 2001 • 72nd Day, 293 Days Left • 11th Week

**APPOINTMENTS & SCHEDULED EVENTS**          **DIARY AND WORK RECORD**

**8** 0800   ACI - sent adtl/ requirements

**9** 0900   TSP+FHA - beginv w/

Mike

**10** 1000   FHA - clng file

**11** 1100   HH - cm report

**12** 1200   Mike/Greg - new vendor set up

**1** 1300   879 - cide - ACI

**2** 1400

**3** 1500

**4** 1600

**5** 1700   ✗ Huntington

**6** 1800

**7** 1900

**8** 2000

**TO BE DONE TODAY (ACTION LIST)**          **EXPENSE & REIMBURSEMENT RECORD**

Household bank - CM
IT request - 3480
ACI - requirements
Meeting Chase
TM report

# 22 THURSDAY
MARCH, 2001 • 81st Day, 284 Days Left • 12th Week

APPOINTMENTS & SCHEDULED EVENTS                    DIARY AND WORK RECORD

8 — re-run cm sent
0800   electronically
9 — NN - rec'd 0131F
0900                    ·020F
10 — press as chase in error
1000
11 — cm - chase-01
1100
12 — pace-X-prate elect
1200
1 — resent - EOC-4/01
1300

2
1400

3
1500

4
1600

5
1700

6
1800

7
1900

8
2000

✗ St Catherine's

TO BE DONE TODAY (ACTION LIST)              EXPENSE & REIMBURSEMENT RECORD

APPOINTMENTS & SCHEDULED EVENTS

DIARY AND WORK RECORD

8
0800

OITH → TEP.
3 mos. $1 P.
9
0900

INVOICE — ACI

10
1000

11
1100

12
1200

1
1300

2
1400

Dr. Hamil

3
1500

4
1600

✗ St. Catherine's

5
1700

6
1800

7
1900

8
2000

**TO BE DONE TODAY (ACTION LIST)**

M Stat

**EXPENSE & REIMBURSEMENT RECORD**

DESK

ONE PAGE-PER-DAY

# 27 TUESDAY
MARCH, 2001 • 86th Day, 279 Days Left • 13th Week

**APPOINTMENTS & SCHEDULED EVENTS**

Bonnie
Credit Expert

✗ Chase—$ Cash

**DIARY AND WORK RECORD**

8 0800 Credit Expert - document time
9 0900 HH - Bank - Merkle
10 1000 Chase—PFW 3/$1 -EN
11 1100
12 1200
1 1300
2 1400
3 1500
4 1600
5 1700
6 1800
7 1900
8 2000

**TO BE DONE TODAY (ACTION LIST)**

**EXPENSE & REIMBURSEMENT RECORD**

APPOINTMENTS & SCHEDULED EVENTS

DIARY AND WORK RECORD

Merrick Processing
8  40 hrs, 82
0800
9  Debra 82932-0362
0900
10  Dave - 951-205-9773
1000
11  .99 sph
1100
12 FHN = 80TH
1200
1  9TH
1300  19TH
2
1400  1st shift 45TH
3  41 Sales  1.02 sph
1500
4
1600
★ Launce cust  5  - screenpops
612-928-4164  1700
★ 899-346-4772  6 DE1197- Campaign Code
1800
Alisa Simensk  7  Transmission
1900  Verification issues
8
2000

TO BE DONE TODAY (ACTION LIST)

EXPENSE & REIMBURSEMENT RECORD

Set Monitoring session w/Rich
4/5
2132 - Beth

1. 2 sph - .10 reps
- follow cpit forms
- FHN - quick reference sheet
  solicitation pieces

DESK

ONE PAGE PER DAY

**5 THURSDAY**
APRIL, 2001 • 95th Day, 270 Days Left • 14th Week

| APPOINTMENTS & SCHEDULED EVENTS | DIARY AND WORK RECORD |
|---|---|

**8** 0800 Rachel - Status
**9** 0900 some changes
**10** 1000 - BETH
**11** 1100 Monitor wGroup    106,92 hrs,
**12** 1200    sph
**1** 1300    15 sph,
**2** 1400    5,33 conv,
**3** 1500 focus group -    98 - 83 sales
**4** 1600    007H 88 - 160,72
**5** 1700    008H 83 - 83,99
**6** 1800 Monitor Chase    009H 4,64 conv,
**7** 1900
**8** 2000

**TO BE DONE TODAY (ACTION LIST)**          **EXPENSE & REIMBURSEMENT RECORD**

703-981-9999

APPOINTMENTS & SCHEDULED EVENTS          DIARY AND WORK RECORD

8
0800
   ACI - issues
   Debra - invoice

9
0900

10
1000
   Amex - no affiliation
11
1100
   vendor list - Rodena

12
1200

1
1300

2
1400
   Debra 502-732-0802
1500

4
1600

5
1700
   Kris Chase
6
1800
   800 240-4798 #163
7
1900

8
2000

**TO BE DONE TODAY (ACTION LIST)**          EXPENSE & REIMBURSEMENT RECORD

reg H+G overview
MC stat

DESK                                      ONE PAGE-PER-DAY

SECRETARIES DAY (USA, CAN)     **WEDNESDAY**     **25**
17th Week   115th Day, 250 Days Left     APRIL, 2001

APPOINTMENTS & SCHEDULED EVENTS          DIARY AND WORK RECORD

8  *Dawn leave 6 mos*
0800

9
0900

10
1000

11
1100

12
1200

1
1300

2
1400

3
1500

4
1600

5
1700

6
1800

*888-816-3143*
*Chase*

7
1900

8
2000

TO BE DONE TODAY (ACTION LIST)          EXPENSE & REIMBURSEMENT RECORD

*MC Stat*

DESA

ONE PAGE PER DAY

# 1

## TUESDAY

MAY, 2001 • 121st Day, 244 Days Left • 18th Week

**APPOINTMENTS & SCHEDULED EVENTS**          **DIARY AND WORK RECORD**

8
0800   *Yellok send 569-*

9     *A) F VMS 331 #332*
0900

10    *Household*
1000

11
1100

12
1200

1
1300

2
1400

3
1500

4
1600

5
1700   * *monted w/ AcT tech*

6
1800

7
1900

8
2000

**TO BE DONE TODAY (ACTION LIST)**          **EXPENSE & REIMBURSEMENT RECORD**

*Answer - Merkk — match back*

**WEDNESDAY**    **2**
18th Week • 122nd Day, 243 Days Left • MAY, 2001

APPOINTMENTS & SCHEDULED EVENTS          DIARY AND WORK RECORD

8
0800          Credit Manager
              - updates

9
0900          Conseco - provided
10            Tainmt wide
1000          info;

Contact manag.

11
1100          Merkle - recid
12            suppressed records
1200          back from Merkle
1             on tape
1300

2
1400          Recid - March
              lead mgmt tape

Chase

3
1500

4
1600

5
1700

Chase monitor          6
1-800-537-3250         1800

7
1900

8
2000

TO BE DONE TODAY (ACTION LIST)          EXPENSE & REIMBURSEMENT RECORD

Monitor

DESK           ONE PAGE-PER-DAY