# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISCTRICT OF MARYLAND
### Southern Division

CARMEN GIBSON                                    :

         Plaintiff                          :

v.                                               : **Civil Action No.:  L-02-CV-3827**

ENCORE MARKETING
INTERNATIONAL, INC.                              :

         Defendant                          :

## AFFIDAVIT OF KIM FILES

1.  I am over the age of eighteen (18) and otherwise competent to testify.

2.  I am the current Chief Operating Officer of Encore Marketing International, Inc. I assumed the position in January 2001. Prior to that time I was the Vice President of Operations from 1997 – January 2001. I have been with the company for 14 years.

3.  I have personal knowledge that Ms. Gibson was given flexibility in her work hours and often left work before the close of business. Such flexibility was given to Ms. Gibson, though not afforded to all Encore employees, because of her job status, title, and responsibility level. Flexibility was also given to Ms. Gibson because she could perform part of her duties, call monitoring, from anywhere and did not have to be in the office to do so. She also was often able to schedule calls on her own to fit into her personal schedule. Encore understood from Ms. Gibson that she needed flexibility in her work schedule in order to accommodate child care issues.

4.  During the time period of 1999 through May 2001, Encore did not deduct any compensation from Ms. Gibson when she worked less than 8 hours per day or less than 40 hours per week.

5.  Monitoring calls required Carmen to score the representatives on criteria such as politeness and to then provide feedback on their performance. There was a form that Carmen had to fill out, but it was her judgment as to what score the representative received. Based on her evaluation/recommendation and scores, representatives could be required to go through additional training and/or further disciplinary action.

6.  Carmen was responsible for relaying to the Information Technology department what new programs were beginning and what was required to get them started.

7.    Carmen was responsible for ensuring that "Sales per Hour" were at the target level. If it was low it was up to Carmen and her supervisor to get the sales per hour level up.

8.    Carmen issued reports to the marketing department on the success the programs and what new programs may be coming.

9.    Carmen was also in day-to-day contact with many of the clients regarding the programs.

I HEREBY DECLARE AND AFFIRM UNDER THE PENALITIES OF PERJURY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION AND BELIEF.

_____          _____
KIM FILES                                                6/24/03
                                                         DATE