**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CARMEN GIBSON | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No.: WDQ-02-CV-3827 |
| ENCORE MARKETING INT'L, INC. | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION FOR A FIVE-DAY EXTENSION OF THE DEADLINE FOR PLAINTIFF TO FILE HER OPPOSITION BRIEF**

Plaintiff Carmen Gibson, by and through her counsel, Philip B. Zipin and Neil R. Lebowitz, and with the consent of counsel for Defendant, hereby moves this Honorable Court to extend the deadline for her to file her Opposition to Defendant's Motion for Summary Judgment, and, in support thereof, states as follows:

1.   Defendant filed its Motion for Summary Judgment on June 24, 2003. Accordingly, Plaintiff's Opposition brief is currently due on or before July 11, 2003.

2.   Plaintiff needs a five-day extension, until July 16, 2003, in order to complete and file the Opposition.

3.   Counsel for Defendant has graciously consented to this extension.

WHEREFORE, Plaintiff Carmen Gibson hereby respectfully requests that this Honorable Court:

A.   Extend the deadline to file her Opposition until Wednesday, July 16, 2003;

B.   And for all other and further relief that the nature of this cause may require.

Respectfully submitted,

_____
Philip B. Zipin, Bar No.: 03932
Neil R. Lebowitz, Bar No.: 25155
Zipin, Melehy & Driscoll LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
301-587-6364
Counsel for Plaintiff