IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARMEN GIBSON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: WDQ-02-CV-3827 |
| ENCORE MARKETING INT'L, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF FILING OF LENGTHY EXHIBIT</u>**

Exhibit A to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, which is the deposition transcript of Plaintiff Carmen Gibson, is too lengthy to file electronically. Accordingly, it will be filed with the Clerk's Office in paper format.

I hereby certify that within 24 hours of the filing of this Notice, I will file and serve copies of the document identified above.

Respectfully submitted,

_____
Philip B. Zipin, Bar No.: 03932
Neil R. Lebowitz, Bar No.: 25155
Zipin, Melehy & Driscoll LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
301-587-6364
Counsel for Plaintiff