ENCORE MARKETING INT'L.                SALARY INCREASE RECOMMENDATION
------------------------------------------------------------------------

DEPARTMENT: CUSTOMER SERVICE           MANAGER: BOWLING, JANE F.
------------------------------------------------------------------------

EMPLOYEE NAME: WHITTAKER, CARMEN A.    EMPLOYEE NUMBER:    3606

HIRE DATE: 10/30/95                    SALARY GRADE:   8

CURRENT JOB: MONITORING SPECIALIST     EXEMPT / NON: N

CURRENT SALARY:      10.40             ZONE: FOURTH

LAST INCREASE
-------------
EFFECTIVE DATE: 08/18/97
TYPE OF INCREASE: PROMOTION      AMOUNT:    .46    PERCENTAGE:    4.6

NEXT TO LAST INCREASE
---------------------
EFFECTIVE DATE: 06/16/97
TYPE OF INCREASE: PROMOTION      AMOUNT:    .15    PERCENTAGE:    1.5

INCREASE RECOMMENDATION
************************************************************************
* EFFECTIVE DATE: 11/18/97       DUE IN HUMAN RESOURCES: 11/11/97 *
************************************************************************

TYPE OF INCREASE: (✓) MERIT        AMOUNT $  .20      PERCENTAGE _____

                  ( ) PROMOTION    AMOUNT $ _____    PERCENTAGE _____

                  ( ) ADMINISTRATIVE AMOUNT $ _____  PERCENTAGE _____

NEW SALARY:       $ 10.60          ZONE _____
                  (HOURLY)

IF TYPE OF INCREASE IS PROMOTIONAL

NEW JOB TITLE: _____

NEW JOB CLASSIFICATION: _____ NEW SALARY GRADE: _____

\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\

RECOMMENDED BY: _Joan Pesci_             DATE: 12-31-97

SECOND LEVEL MANAGER: _____ DATE: _____

HUMAN RESOURCES: _____ DATE: Dec. 31, 97

==========================================================================
PERFORMANCE RATING:                      NEXT REVIEW DATE:

ISSUED: 10/07/97                         11/18/98