**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

- - - - - - - - - - - - - - -x
CARMEN GIBSON,                :

      Plaintiff,       :

  vs.                         : Civil Action No.

ENCORE MARKETING          : WDQ-02-CV-3827
INTERNATIONAL, INC.,
                              :
      Defendant.
- - - - - - - - - - - - - - -x

Silver Spring, Maryland

Tuesday, July 1, 2003

Deposition of:

**DAVID A. GALLIMORE,**

a witness, called for examination by counsel for

the Plaintiff, pursuant to notice, held in the

Law Office of **Zipin, Melehy & Driscoll**, 8403

Colesville Road, Suite 610, Silver Spring,

Maryland, beginning at 1:25 p.m., before Linda C.

Marshall, Registered Professional Reporter and a

Notary Public in and for the State of Maryland,

when were present:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF DAVID A. GALLIMORE
CONDUCTED ON TUESDAY, JULY 1, 2003

10

1  Q    And what time did you generally leave
2  during the day?
3  A    Sometimes between six or seven.
4  Q    During this time period, did you ever
5  see Ms. Gibson already at the office when you
6  first arrived?
7  A    I have no recollection.
8  Q    Did you ever see her just before you
9  left for the night?
10 A    I have no specific recollection.
11 Q    Were you aware that Ms. Gibson worked
12 at home at night sometimes?
13 A    Yes.
14 Q    And how were you aware of that?
15 A    Because she told me that.
16 Q    Was there any sort of documentation you
17 saw that backed up her assertion?
18 A    No.
19 Q    She didn't complete forms based on
20 remote -- what's it called?  Bear with me a
21 moment.

PRECISE REPORTING SERVICES
(301)210-5092  (866)847-3351
SERVING MD, D.C. & VA

DEPOSITION OF DAVID A. GALLIMORE
CONDUCTED ON TUESDAY, JULY 1, 2003

12

1    Q    Did you ever see any documents which
2 would indicate that she worked on a Saturday?
3    A    No.
4    Q    Are you aware of who within the company
5 made the decision to designate Ms. Gibson as
6 exempt?
7    A    I have no knowledge.
8    Q    To your knowledge, did anyone with
9 Encore inquire with the Department of Labor about
10 whether or not Ms. Gibson should be exempt or not
11 exempt?
12    A    I have no knowledge of --
13    Q    Where was your office physically
14 situated in relation to Ms. Gibson's cubicle?
15    A    At what point in time?
16    Q    When you came up to Maryland in March
17 through 2001, through May of 2001?
18    A    I don't recall exactly where she sat at
19 that point in time.  I recall where my office
20 was, but I don't recall where she sat.
21    Q    Do you recall if there was a direct

1  responsibility for the vendor relationship, the

2  program performance, and the training.

3        And also the, the incentive or

4  motivational functions, if you will, for the

5  agent on the phone.

6     Q   You said earlier you wanted to identify

7  what was wrong with the program. What did you

8  mean by that?

9     A   Results were not what we wanted.

10    Q   What do you mean by results exactly?

11 Sales figures?

12    A   Sales figures, sales performance was

13 not what we expected.

14    Q   Any information with respect to the

15 sales figures and sales performance, where did

16 you get that from?

17    A   That information came from the vendor

18 to Carmen and Carmen submitted that.

19    Q   With respect to the issue of this

20 monitoring of telemarketing calls, the calls that

21 Ms. Gibson monitored when she worked for you were

1   being made by outside vendors as we've discussed,
2   correct?
3       A    That's correct.
4       Q    These were not Encore employees; is
5   that correct?
6       A    That is correct.
7       Q    You talked about some of them, but
8   where were the vendors located generally?  Were
9   they nationwide or?
10      A    At that time, we used -- that rough
11  period of time we used two vendors and they were
12  in Pennsylvania, and in the site down in North
13  Carolina.
14           And there were a couple of other sites
15  that I don't recall exactly where they were and
16  then we also had brought in a third vendor who
17  had a location up in Canada.
18      Q    And Ms. Grasso monitored the calls --
19           MS. BYAM:  You mean Ms. Gibson.
20           MR. LEBOWITZ:  I'm sorry.  Thank you.
21           //

DEPOSITION OF DAVID A. GALLIMORE
CONDUCTED ON TUESDAY, JULY 1, 2003

30

1   Q   While she was working for you, would
2   you say the monitoring of these phone calls was
3   Ms. Gibson's primary duty?
4   A   No, not primary duty.
5   Q   How much time would you say she spent
6   doing it to your knowledge?
7   A   I don't have a specific recollection of
8   how much time she actually spent on a call.
9   Q   In terms of her other duties as
10  teleservices manager and then campaign manager
11  when her title changed, is it fair to say that
12  Ms. Gibson was often required to collect and
13  tabulate data?
14  A   Can we go back?  You said something
15  about title and --
16  Q   What I'm really focusing on is the time
17  during which you were her supervisor, which would
18  have been over that time period, her titles were,
19  my understanding, teleservices manager and
20  campaign manager.
21      Obviously, I'm not asking you to

1   She would -- if it was a chronic
2   problem, she would certainly have to discuss that
3   with me. She also was responsible for reporting
4   the results, the daily results back to clients.
5   And program to-date results as well.
6        And whether she physically produced the
7   reports or not, I can't specifically say. There
8   may have been others that actually produced the
9   physical document.
10       Q   Just so that the record is clear, when
11  you talk about reporting results back to clients,
12  what do you mean by clients?
13       A   Clients would be our partners, the
14  companies for whom we are conducting the market.
15       Q   Can you elaborate upon that just a
16  little bit, the type of marketing you're doing
17  for them?
18       A   Well, in this case, it would be
19  telemarketing. So we have relationships with
20  companies, outside companies. We call them
21  clients. And we market our services to their

1  customers and they permit us to do that in
2  exchange for share of the revenue.
3           So we are somewhat responsible and
4  accountable back to them on all program
5  performance.
6       Q    So, the clients are different from the
7  suppliers, right?  The suppliers are providing
8  the materials, if you will, that are then
9  marketed through the clients?
10      A    That sounds correct.
11      Q    Okay.  Got it.
12           Going back to one of the things you
13 said earlier, you talked about how she would
14 analyze the results.  What did you mean by
15 analyze the results?
16      A    Well, she wasn't a robot, so she would
17 have to -- as a manager responsible for program
18 performance she would have to look at the results
19 and determine whether they were good, bad or
20 indifferent.
21           And she would have to come up with, you

1    Q    Was it more than half?

2    A    No.

3    Q    Less than half.

4    A    (No verbal response.)

5    Q    Who decided to change Ms. Gibson's
6    title from teleservices manager to campaign
7    manager?

8    A    I can't say that I know her title
9    changed.

10    Q    All right.

11    A    I don't recall that.

12    Q    Let me ask you this way.  Regardless of
13    title, did her duties change during the course of
14    time she was under your supervision?

15    A    Can you rephrase that?

16    Q    Yeah, aside from title, because you
17    said you don't recall her title changing, did her
18    duties change at all throughout the course of
19    time that she was under your supervision?  The
20    types of things that she did, did they change?

21    A    No, they did not.

DEPOSITION OF DAVID A. GALLIMORE
CONDUCTED ON TUESDAY, JULY 1, 2003

63

1    A    I have no specific knowledge of that.

2    Q    Have you ever seen her set someone up

3    for failure?

4    A    I don't know what that is.

5    Q    Did you find her work to be mistake

6    prone?

7    A    I don't know if I'd use those exact

8    words, but Carmen made mistakes on occasion.

9    Q    Did her lay off have anything to do

10   with those mistakes?

11   A    No, I believe her lay off -- we

12   downsized the group.

13   Q    In the hierarchy of the company, how

14   would Kim Files relate to Carmen Gibson in her

15   role as teleservices manager or campaign manager?

16   I guess I'm referring to 2001 if Kim Files title

17   has changed, where would she be in the ranks

18   compared to Carmen?

19   A    Well, Carmen is in the Marketing

20   Division, Kim Files is not.

21   Q    What division was Kim Files in?

DEPOSITION OF DAVID A. GALLIMORE
CONDUCTED ON TUESDAY, JULY 1, 2003

64

1    A    Operations.

2    Q    That's a separate division?

3    A    Yes.

4    Q    What does the Operations Division deal
5  with?

6    A    Under operations would be the computer
7  programmers and the call center.

8    Q    And the call center is different from
9  telemarketing, correct?

10   A    That's correct.

11   Q    Did Ms. Gibson engage in any duties
12 that you haven't talked about thus far during the
13 time that she worked for you?

14   A    I don't have an immediate recollection
15 of everything that she did.  I simply responded
16 to the questions that you asked.

17   Q    But I'm asking you now, is there
18 anything that comes to mind that we didn't talk
19 about in terms of her duties?

20   A    Specifically at this moment, nothing
21 comes to mind.