**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Southern Division

- - - - - - - - - - - - - - - - X

| | |
|---|---|
| DANA GRASSO, | : Civil Action No. |
| Plaintiff, | : L02CV499 |
| v. | : |
| ENCORE MARKETING INTERNATIONAL, | : |
| INC., | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - X

Greenbelt, Maryland

Tuesday, March 4, 2003

The Deposition of

FELICIA WATKINS WHITE,

called for oral examination by Counsel for Plaintiff, pursuant to notice, held at 6404 Ivy Lane, Suite 400, Greenbelt, Maryland, beginning at 1:40 p.m., before Kay M. Evans, a Notary Public in and for the State of Maryland, when were present:



Precise Reporting Services
(301) 210-5092
Serving MD, D.C. & VA

DEPOSITION OF FELICIA WATKINS WHITE
CONDUCTED ON TUESDAY, MARCH 4, 2003

9

1   Q.   Okay.  New grade?

2   A.   Uh-huh.

3   Q.   I'm confused, though.  Is "new grade"
4   supposed to refer to exempt or nonexempt status, or
5   what is that supposed to mean?

6   A.   Well, there's a grading system that we
7   have.  And it depends on the position that you have
8   that you could -- if that's filled out, then you'd
9   know.  Say if you're a Grade 18 or -- Grade 18 or
10  higher.  Then you're professional -- in a
11  professional position.

12  Q.   Okay.  And if you're a Grade 17 or lower,
13  what would that be?

14  A.   It could be clerical.  It just depends on
15  how -- your job title, really.

16  Q.   Is this grade system something that's
17  internal within Encore?

18  A.   Yes.

19  Q.   Okay.  So it's not from some
20  standardized --

21  A.   No.

DEPOSITION OF FELICIA WATKINS WHITE
CONDUCTED ON TUESDAY, MARCH 4, 2003

10

1  Q.    -- list?

2        Is that grading system part of the
3  handbook?

4  A.    No, it's not.

5        MR. LEBOWITZ:  Okay.  Do you know if
6  you've, Counsel, produced that grading system?  I
7  don't recall seeing it.

8        MS. BYAM:  I don't recall seeing it
9  either.

10       MR. LEBOWITZ:  Do you have any objection
11 to producing it?

12       THE WITNESS:  Can I clarify?

13       MS. BYAM:  Sure.  Please do.

14       THE WITNESS:  What it is is it's how we
15 put people into our computer system.  It's just on
16 the old system, I guess, when we first got our
17 first HR management computer system.  Just goes
18 from -- it has job titles and then grades beside
19 them and then our internal coding as to what we
20 input into the system.

21 Q.    Okay.  But this comes from some

1  preprinted list?
2      A.   Yeah.
3      Q.   Okay.
4           MR. LEBOWITZ:  Do you have any objection
5  to producing that list?
6           MS. BYAM:  Not right now.  I don't know
7  exactly what this is.  We can certainly talk about
8  it later.
9  BY MR. LEBOWITZ:
10     Q.   Is it part of a software package?
11     A.   Yeah, basically.
12     Q.   And do you know who designed this
13 package?  I mean, is it a company?
14     A.   I'm sure it's a company.  The system is
15 probably twenty years old.  We have a new system.
16 We have ADP right now.  But we manage the older
17 system in human resources.  And it's just a matter
18 of a way that we generate information, like SIR's
19 or things like that.
20          But I don't even know the name of the
21 system because it's so old it was there when I got

DEPOSITION OF FELICIA WATKINS WHITE
CONDUCTED ON TUESDAY, MARCH 4, 2003

12

1  there.

2       Q.   Okay.  When you sit down and you need to
3  fill in the blank that says grade, you refer to a
4  document?

5       A.   Yes.  I have -- there's a list.  And it
6  could be -- well, it could be the job code.  Say
7  102, 164, or something.  And it would automatically
8  populate the grade because it's already been
9  established.

10      Q.   Okay.

11      A.   And who established that I don't know.

12      Q.   Now, with respect to this document, are
13  we talking about one specific document, or is this
14  a series of documents or a packet of documents?

15      A.   It's probably, I would say, six to eight
16  sheets.

17           MR. LEBOWITZ:  For the record, do you
18  have any objection to producing that?

19           MS. BYAM:  I don't have any objection
20  right now.

21  BY MR. LEBOWITZ:

DEPOSITION OF FELICIA WATKINS WHITE
CONDUCTED ON TUESDAY, MARCH 4, 2003

13

1   Q.   Just to cover this base while we're here,
2   when you're inputting a new employee into the
3   computer, are there any other documents that you
4   refer to to assist you with that?
5   A.   Just their tax papers, their offer
6   letter.
7   Q.   Okay.
8   A.   Just to, you know, capture names, date,
9   birth date, and so forth.
10  Q.   So documents that would be particular to
11  the new employee?
12  A.   Right.
13  Q.   Okay.  But in terms of generic documents
14  used on a -- not necessarily day-to-day, but a
15  weekly or monthly basis, in-house it's just this
16  one packet of six to eight pages, I think you said
17  it was?
18  A.   Right.
19  Q.   Okay.  And, then, on top of that there's
20  a software system that you use?
21  A.   That we input the information into.

DEPOSITION OF FELICIA WATKINS WHITE
CONDUCTED ON TUESDAY, MARCH 4, 2003

14

1   Q.   Does that software system have a user
2   manual?
3   A.   It probably did at one time.
4   Q.   Okay.  And you don't recall the maker of
5   that software?
6   A.   I don't.
7   Q.   You look at it every day.  You never
8   think about it?
9   A.   No, I just --
10  Q.   I understand.
11       So referring back to Deposition Exhibit
12  Number 9, this six- to eight-sheet packet of
13  paper -- would it include things that are included
14  on Ms. Grasso's form, like the department number
15  and job code?
16  A.   Yes.  It wouldn't have the department
17  number, but it would have the job code.
18  Q.   Is Job Code 121465 the job code for
19  product manager?
20  A.   Yes.
21  Q.   And in your list of six to eight sheets,

DEPOSITION OF FELICIA WATKINS WHITE
CONDUCTED ON TUESDAY, MARCH 4, 2003

15

1   does it say whether or not product manager is
2   exempt or nonexempt?
3       A.   I'd have to -- I'd have to look at it
4   again.
5       Q.   Okay.  Let me try this way.  When you
6   plug in that job code into the computer system,
7   does something pop up that says "exempt" or
8   "nonexempt"?
9       A.   I believe so.
10      Q.   Do you know who authored that six- to
11  eight-page packet of documents?
12      A.   No, I don't.
13      Q.   Is there someone at the company you can
14  think of that might know, that would be more likely
15  to know than you are?
16      A.   We have an IT department that would --
17  that sometimes would help to support it if I ran
18  into a problem with it.  They'd love for me to get
19  rid of it.  It's just old, old.  So maybe one
20  person is still there that would maybe have some
21  knowledge of it.

DEPOSITION OF FELICIA WATKINS WHITE
CONDUCTED ON TUESDAY, MARCH 4, 2003

16

1     Q.   Who is that?

2     A.   Rich Lawson.

3     Q.   Okay.  Do you know when the company first
4  started?

5     A.   In '78.

6     Q.   Tell me if you don't know.  Do you know
7  whether or not this software that's in place was
8  put in back in 1978 when they first started?

9     A.   I don't know.

10    Q.   But you estimate it's about twenty years
11 old?

12    A.   I would think.  I think so.

13    Q.   Okay.  Is it in a Windows-based system?

14    A.   No.

15    Q.   DOS?

16    A.   Yes.

17         (Discussion off the record.)

18 BY MR. LEBOWITZ:

19    Q.   Other than the personnel file, have you
20 reviewed any other documents related to this case?

21    A.   Just documents that I requested from Dave

DEPOSITION OF FELICIA WATKINS WHITE
CONDUCTED ON TUESDAY, MARCH 4, 2003

32

1    Encore in '91?

2        A.   For Motorola, Incorporated.

3        Q.   How long did you work for them?

4        A.   Probably twelve years.

5        Q.   And what did you do there?

6        A.   I was a sales executive.

7        Q.   Throughout the twelve years?

8        A.   I started out in, I would say, their
9    customer service and then moved into sales.

10       Q.   Were you ever paid overtime at Motorola?

11       A.   When I was in customer service.

12       Q.   Not as a sales executive?

13       A.   No.

14       Q.   Where did you work prior to Motorola?

15       A.   That was my first job.

16       Q.   What do you know about the overtime
17   provisions of the Fair Labor Standards Act?

18       A.   I know that, depending on your
19   classification, you would be eligible or
20   noneligible.

21       Q.   Are you aware there are three different

DEPOSITION OF FELICIA WATKINS WHITE
CONDUCTED ON TUESDAY, MARCH 4, 2003

33

1   categories of exempt employees?
2       A.   Yes.
3       Q.   And do you know what those are?
4       A.   Yes.
5       Q.   Can you name them?
6       A.   Admin, technical, and professional.
7       Q.   Do you know what each of those categories
8   requires before an employee can be deemed exempt?
9       A.   Pretty much.
10      Q.   Okay.  Can you tell me.
11      A.   Most of them have to have some -- it's
12  either based on your ability to use your own
13  judgment; supervise someone; and your background,
14  your educational background.
15      Q.   To your personal knowledge, was
16  Ms. Grasso ever informed that the company deemed
17  her to be exempt?
18      A.   To my personal knowledge, no.
19      Q.   To your understanding, which category of
20  exemption does Ms. Grasso fall under?
21      A.   Administrative, but I would say I also

A. Yes. And I need to double check it because it's just automatic for me. So --

Q. Do you know who set up the system such that, when you plug in the code, it comes up as exempt or not?

A. I do not know.

Q. And that's still the standard that you use today?

A. Yes. It's a tool that we use to track employees.

Q. But, I mean, in terms of whether or not someone is exempt, you still follow the procedure where you plug in the code, and it comes up?

A. Uh-huh.

Q. Is that "yes"?

A. Yes. I'm sorry.

Q. Have you ever personally inquired with the Department of Labor to help determine the exempt status of an Encore employee?

A. No.

Q. To your knowledge, has anyone with the

DEPOSITION OF FELICIA WATKINS WHITE
CONDUCTED ON TUESDAY, MARCH 4, 2003

36

1  company done so?
2      A.   Not to my knowledge.
3      Q.   Compared to other employees, do you think
4  you were in the best position to personally see
5  Ms. Grasso perform her daily duties?
6      A.   No.
7      Q.   Based on the layout of the office there,
8  who do you think would be in the best position?
9      A.   It would have been the other product
10 managers, really.  I think they were all in a room
11 together.
12              (Plaintiff's Exhibit No. 10 was
13              marked for identification.)
14 BY MR. LEBOWITZ:
15     Q.   I show you what has been marked as
16 Deposition Exhibit Number 10 and ask you to
17 identify that for me.
18     A.   It is -- we call it our Salary Increase
19 Recommendation.
20     Q.   First question actually relates to both
21 Exhibits 9 and 10.  Whose signature --