

# Memorandum

**Date** May 11, 1998

**City** New York

**Office** Fee Services

**Subject** THANK YOU

**To** Carmen Whittaker

**From** Jim Kannar

**cc:** Kelly Fournier

---

Hello, Carmen. Whatever will I do on Tuesday mornings at 11:00? Oh, I know, I'll monitor Blue Ridge! I want to thank you for your perseverance and dedication to creating a top-notch call center where everyone knew the expectation and how to realize it. I know we learned from you, I hope that you were able to learn some things from us.

You must be proud of your achievement. The reps in Lanham exceeded all expectation in servicing our cardmembers. Your patience, skill and understanding played a crucial role in attaining and then surpassing standards. We at American Express have been continuously inspired by your talent to impart information in such a compelling and professional way. Although the volume has been consolidated at Blue Ridge, your contributions will have long-standing impact. It has been a pleasure working with you.

The best of luck in the future. I know the "Big Day" is fast approaching. Happy Wedding! And much happiness in all you do. Thank you again, Carmen.