IN THE UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CARMEN GIBSON | : |
| Plaintiff | : |
| v. | : Civil Action No.: L-02-CV-3827 |
| ENCORE MARKETING INTERNATIONAL, INC. | : |
| Defendant | : |

### AFFIDAVIT OF FELICIA WATKINS WHITE

1. I am over the age of eighteen (18) and otherwise competent to testify.

2. I am the current Director of Human Resources of Encore Marketing International, Inc. I assumed this position in August 2002.

3. John W. Ross was the Director of Human Resources in 1995 and was the person who hired Ms. Carmen Gibson.

4. Kelly Hannabas (now Kelly Hannabas-Bourdon) was employed by the company from February 1998 to January 2001.

5. During that time, Kelly Hannabas was employed as a Senior Telemarketing Manager.

6. At all times while employed with Encore Marketing International, Kelly Hannabas permanently worked out of Encore's Jacksonville, Florida office. Ms. Hannabas never permanently worked in Encore's Lanham, Maryland office.

7. Kelly Hannabas' employment with Encore Marketing International ended on January 3, 2001 related to a reduction in force and the need for her position to be managed out of the home office in Lanham, Maryland.

8. Leave allowances such as sickness, vacation and personal time are based on the number of months an employee has worked for the company, as explained in Encore's employee handbook.

**Joseph
Greenwald
& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

1