I HEREBY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION AND BELIEF.

_____
FELICIA WATKINS WHITE

7/30/03
_____
DATE

Joseph Greenwald & Laake

Joseph, Greenwald & Laake, P.A.
04 Ivy Lane ♦ Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 ▪ Fax 220-1214

2