Current Job Duties:

<u>Telemarketing</u> Specialist

<u>Vendor Quality Report</u> (VQR)
    Monthly report generated for each vendor
    Quality Initiative (review monitoring forms)
    QVR - upon quarterly meeting

<u>TM complaints</u>
    Client complaints & DNS
    Customer complaints
    Sales verification (tape audits)
    Quality control
    Monthly report

<u>Scripts</u>
    Develop Inbound, Outbound, Soft Transfer, Tag
    Contact Product Managers for product updates
    Request Premiums to enhance product
    Revision (client changes)
    Distribution (clients, managers and vendors)

<u>Monitoring</u>
    Scheduling
    Client remote
    Weekly remote
    Provide remote overview
    Commendation
    Track vendor performance
    Recommendation

<u>Quality Management</u>
    Vendor quality assurance
    Quality Manual/Presentation for all new vendors
    Site recommendations

### Vendor Training
- **Training**
- Focus Groups
- **Implement suggestions**
- **Script revisions**
- **Fulfillment**
- **Incentives**

### Campaign Evaluation
- **Track daily performance**
- **Review account reconciliation reports for revenue verification**
- **Recommendations**
- **Site evaluation**

### Pipeline
- **Weekly TM forecast**

Achievements

**Added categories to Vendor Quality Report (VQR), Improved quality assurance maintaining a 95% accuracy across the board, Educated customer service on Telemarketing complaints and process decreasing complaints by 60%.**
**Forms Created: TM complaint form, Sales Verification, Tracking and Scheduling(monitoring)**