**New Job Duties:**

**Telemarketing Account Manager**
Major Accountabilities:

**Revenue Generation / Financial Implications**
   Accountable for revenue of all Telemarketing programs. Strive to consistently increase results while lowering costs per acquisition across all product lines.
   Establish and apply continuous process improvements to determine efficiencies and viability of programs.
   Decision making to change direction of program or discontinue program based on analysis of results.

**Vendor Management**
   Daily contact with all vendor partners to insure their solid performance of results.
   Quarterly site visits to evaluate training, calling, and operations.
   Annual audits of all agencies utilizing standardized evaluation criteria.
   Decision making regarding placement of programs.
   Strong communication, follow-through, and negotiating skills.

Reports
   Insure all reports (daily, weekly, monthly results), weekly TM forecast, and all other Telemarketing report activity is distributed to appropriate individuals for all programs.
   Responsible for managing day to day functions of Telemarketing Reports Analyst, provide regular support, direction, coaching and feedback.

**Maintaining Partnerships within Encore**
   Cross functional team involvement with Sales and Client Services to maintain a thorough understanding of strategies and decision making for individual clients.

i b-576r
EXHIBIT N
DATE
REPTR —

L.A.D. REPORTING                                3

Strong interaction with Accounting Team to ensure current results are correctly represented and that program decisions are based on the most current, accurate data available.

**<u>Industry</u>**

Maintain current information on industry trends and trade regulations. Ensure our TM partners comply with current guidelines.

**<u>Data Processing</u>**
   **Instructions**
   Contact Management
   Do not Solicit (DNS)
   IT issues (i.e., programming, billing, sales transmissions)
   Maintain documentation (i.e., Merkle, CSS and Vendor suppressions)