IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CARMEN GIBSON | : |
| Plaintiff | : |
| v. | : **Civil Action No.:  L-02-CV-3827** |
| ENCORE MARKETING INTERNATIONAL, INC. | : |
| Defendant | : |

### NOTICE OF FILING AMENDED EXHIBITS

COMES NOW, the Defendant, Encore Marketing International, Inc., by and through its undersigned attorneys and submits this Notice of Filing Amended Exhibits as a correction to Defendant's Reply to Opposition to Motion to Summary Judgment.  Though Defendant's hard (paper) copy, filed with the Court this morning, is complete and accurate, Defendant's e-filed exhibits were somehow jumbled.  One exhibit was inadvertently omitted completely and the last two exhibits were mislabeled.  Therefore, in order to clarify the electronic record in this case, Defendant submits this Notice and the attached three (3) exhibits as follows:

Exhibit 6    Excerpts from David Gallimore Deposition

Exhibit 7    Plaintiff's Answers to Interrogatories, Paragraph 17

Exhibit 8    Timesheets

Defendant respectfully begs the Court's indulgence and apologizes for any inconvenience this inadvertent mistake may have caused.

Respectfully submitted,

Joseph, Greenwald & Laake, P.A.

_____
Timothy F. Maloney
Veronica Byam
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
**tmaloney@jgllaw.com**
**vbyam@jgllaw.com**
Counsel for Defendant Encore