Resp. due 7/11/03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

2003 AUG -4 P 2: 16

CLERK'S OFFICE
AT BALTIMORE
DEPUTY

CARMEN GIBSON

    Plaintiff

v.  :  Civil Action No.: L-02-CV-3827

ENCORE MARKETING
INTERNATIONAL, INC.

    Defendant

Denied 8/4/03

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Defendant, Encore Marketing International, Inc., (hereinafter "Encore"), and pursuant to Fed. R. Civ. P. 56, submits this Motion for Summary Judgment and hereby moves this Honorable Court to grant its Motion in its entirety and enter judgment for the Defendant, as to all issues, as a matter of law. Defendant respectfully refers the Court to the accompanying Memorandum of Law in support hereof, incorporated herein by reference, for the factual and legal grounds upon which this Motion is based.

Respectfully submitted,
JOSEPH, GREENWALD & LAAKE, P.A.

By: /s/ Veronica B.
Timothy F. Maloney
Veronica Byam
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 / voice
(301) 220-1214 / facsimile
Tmaloney@jgllaw.com
Vbyam@jgllaw.com
Counsel for Defendant Encore

Joseph
Greenwald
& Laake

Joseph Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 • Fax 220-1214

Paper #15
6/24/03