# United States District Court
### District of Maryland

| | |
|---|---|
| **Chambers of**<br>**William D. Quarles, Jr.**<br>**United States District Judge** | **101 West Lombard Street**<br>**Baltimore, Maryland 21201**<br>**410-962-0946**<br>**410-962-0868 (Fax)**<br>**mdd_wdqchambers@mdd.uscourts.gov** |

November 5, 2003

TO COUNSEL OF RECORD

    Re: Gibson v. Encore Marketing
       <u>Civil No. WDQ 02-3827</u>

Dear Counsel:

    Please be advised that a telephone conference has been scheduled in this case for Wednesday, November 19, 2003 at 9:00 a.m. Plaintiff's counsel is asked to initiate the call.

    Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

                                Very truly yours,

                                /s/

                              William D. Quarles, Jr.
                              United States District Judge