# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 NOV 19 PP 12:31

 ,LTIMORI
____BE

November 19, 2003

TO COUNSEL OF RECORD

    Re: <u>Gibson v. Encore</u>, WDQ-02-3827

Dear Counsel

    At the November 19, 2003 telephone conference, I set the following schedule. The pretrial statement is due by close of business January 5, 2004. The pretrial conference will take place on January 6, 2004 at 9:00 a.m. in my chambers.

    Voir dire and jury instructions are due on February 5, 2004. The trial will begin on February 9, 2004 at 10:00 a.m. in the Garmatz Courthouse, Courtroom 3A.

    Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

                        Very truly yours,

                        */s/ William D. Quarles, Jr.*

                        William D. Quarles, Jr.
                        United States District Judge