# United States District Court
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**WILLIAM D. QUARLES, JR.**
**UNITED STATES DISTRICT JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**410-962-0946**
**410-962-0868 (FAX)**
**MDD_WDQCHAMBERS@MDD.USCOURTS.GOV**

January 6, 2004

TO COUNSEL OF RECORD:

Re: Gibson v. Encore, WDQ-02-3827

Dear Counsel:

At the January 6, 2004 pretrial conference, I set the following schedule. Voir dire and jury instructions should be submitted in WordPerfect form on a disc or CD-rom and in hard copy, and are due by close of business on February 5, 2004.

If a motion to amend is filed and opposed by January 21, 2004, you will receive a ruling by January 30, 2004. Motions in limine are due January 30, 2004.

The Plaintiff's depositions of Ms. Kimberly Files and Encore employees must be completed by January 30, 2004.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge