IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARMEN GIBSON | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No.: WDQ-02-3827 |
| ENCORE MARKETING INT'L, INC. | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Carmen Gibson, by and through her counsel, Philip B. Zipin and Neil R. Lebowitz, and pursuant to Fed. R. Civ. P. 15(a) and U.S. District Court Local Rule 103.6, hereby moves this Honorable Court for leave to amend her Complaint, and, in support thereof, states as follows:

1. Currently pending before this Court is Plaintiff's two-count Complaint for unpaid overtime wages and liquidated damages under the federal Fair Labor Standards Act (hereinafter "FLSA") and Maryland's Wage & Hour Law (hereinafter "MW&HL"). Plaintiff hereby seeks leave to amend her Complaint in order to add a third count which would seek nearly identical relief under Maryland's Wage Payment & Collection Law (hereinafter "MWP&CL").  *See* Md. Code Ann., Lab. & Employ. §§ 3-501 *et seq*.

2. Count III of the proposed Amended Complaint does not materially alter any of the facts at issue in the case, and does not seek the recovery of any additional compensatory damages. It is only being pled as a means to increase the total amount of liquidated damages that may potentially be recovered by Plaintiff at trial.

3. Presently, the Complaint seeks the recovery of liquidated damages in an amount equal to the unpaid overtime wages owed to Plaintiff under the FLSA and the MW&HL. As amended, the Complaint would alternatively seek the recovery of liquidated damages in the amount of up to three times said overtime wages, as permitted under the MWP&CL.

4. Plaintiff has never previously sought to amend her Complaint, Defendant will suffer no prejudice as a result of the proposed amendment, and granting Plaintiff leave to amend in is the interests of justice. *See generally* Fed. R. Civ. P. 15(a).

5. Pursuant to Local Rule 103.6.d., Plaintiff requested Defendant's consent to file her proposed Amended Complaint. Her request was denied.

6. Moreover, in accordance with Local Rule 103.6.c., Plaintiff has submitted herewith a clean and redlined copy of her proposed Amended Complaint.

WHEREFORE, Plaintiff Carmen Gibson hereby respectfully requests that this Honorable Court:

A. Enter an Order granting her leave to file her Amended Complaint;

B. Accept her proposed Amended Complaint for filing;

C. And for all other and further relief the nature of this cause may require.

    Respectfully submitted,

_____
Philip B. Zipin, Bar No.: 03932
Neil R. Lebowitz, Bar No.: 25155
Zipin, Melehy & Driscoll LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
(301) 587-6364
Counsel for Plaintiff