IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARMEN GIBSON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: WDQ-02-3827 |
| ENCORE MARKETING INT'L, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Leave to Amend Complaint, it is this _____ day of _____, 2004, by the United States District Court for the District of Maryland:

**ORDERED**, that Plaintiff's Motion be and is hereby granted; and it is further,

**ORDERED**, that Plaintiff is hereby granted leave to amend her Complaint; and it is further,

**ORDERED**, that the Clerk shall formally accept for filing the proposed Amended Complaint previously submitted by Plaintiff along with her Motion.

_____
J U D G E, United States District Court
for the District of Maryland