IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CARMEN GIBSON** | * |
| Plaintiff | * |
| v. | *  **Civil Action No.:WDQ-02-3827** |
| **ENCORE MARKETING INT'L, INC.** | * |
| Defendant | * |

**DEFENDANT'S MOTION IN LIMINE**

COMES NOW, the Defendant, Encore Marketing International, Inc., by and through its attorneys, Timothy F. Maloney, Veronica Byam Nannis and the law firm of Joseph, Greenwald & Laake, P.A., and pursuant to the Federal Rules of Civil Procedure and the Court's Pre-Trial Order, hereby moves the Court in limine to order that the Plaintiff be precluded from introducing her appointment calendar for November 2000 through May 2001 into evidence at the trial of this matter and that such be excluded in its entirety. The Court is respectfully referred to the accompanying Memorandum of Law in support hereof for the factual and legal grounds upon which this Motion is predicated.

                                                  Respectfully submitted,

                                                  JOSEPH, GREENWALD & LAAKE, P.A.

                                                  /s/
                                                _____
                                                Timothy F. Maloney, Bar #03381
                                                Veronica Byam Nannis, Bar #15679
                                                6404 Ivy Lane, Suite 400
                                                Greenbelt, Maryland 20770
                                                (301) 220-2200
                                                tmaloney@jgllaw.com
                                                vnannis@jgllaw.com
                                                Attorneys for the Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CARMEN GIBSON** | * |
| Plaintiff | * |
| v. | *  **Civil Action No.:WDQ-02-3827** |
| **ENCORE MARKETING INT'L, INC.** | * |
| Defendant | * |

### ORDER

UPON CONSIDERATION of Defendant's Motion in Limine and any opposition thereto, it is this _____ day of _____, 2004, by the United States District Court for the District of Maryland,

**ORDERED,** that the Defendant's Motion in Limine be and hereby is **GRANTED** in its entirety; and it is further

**ORDERED,** that the Plaintiff be and hereby is **PRECLUDED** from introducing her appointment calendar for November 2000 through May 2001 into evidence at the trial of this matter; and it is further

**ORDERED,** that the Plaintiff's appointment calendar for November 2000 through May 2001 be and hereby is **EXCLUDED** in its entirety from evidence at the trial of this matter.

_____
William D. Quarles, Jr., United States
District Court for the District of Maryland

**Copies to:**

Timothy F. Maloney
Veronica Byam Nannis
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200
tmaloney@jgllaw.com
vnannis@jgllaw.com

Philip B. Zipin, Esquire
Neil R. Lebowitz, Esquire
Zipin, Melehy & Driscoll, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
(301) 587-6364
pzipin@zmdlaw.com
nlebowitz@zmdlaw.com