IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARMEN GIBSON | * | |
| Plaintiff | * | |
| v. | * | **Civil Action No.: WDQ-02-3827** |
| ENCORE MARKETING INT'L, INC. | * | |
| Defendant | * | |

**EMERGENCY MOTION TO TAKE TESTIMONY
VIA CONTEMPORANEOUS TRANSMISSION**

COMES NOW, the Defendant, Encore Marketing International, Inc., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 43, hereby moves this Honorable Court to permit the Defendant to take the testimony of a witness via contemporaneous transmission at the trial of this matter, and in furtherance thereof states as follows:

1. The Defendant plans to call witness Elizabeth Bell to testify in its case in chief at the trial of this matter. The witness was notified in advance that her testimony would be required at the trial of this matter and was given the proper trial dates.

2. Through no action or fault of the witness or the Defendant, the witness was recently informed that she must be out of town for the duration of the trial of this matter. The witness will be in Indianapolis, Indiana for a two-week work engagement and cannot easily or inexpensively return to Maryland to testify at trial.

3. This witness is critical to the Defendant's case on the issues of liability and more particularly Defendant's affirmative defense and the Defendant will be greatly prejudiced if she is unable to testify at trial.

4. Federal Rule of Procedure 43 provides, "the court may, for good cause shown in compelling circumstances and upon appropriate safeguards, permit presentation of testimony in open court by contemporaneous transmission from a different location." *Id.*

5. A check with the Court's technical department confirmed that the Court is technologically capable of (and has experience) receiving contemporaneous testimony from a witness in a remote location.

6. Given the facts that, (1) the witness' unavailability is a very recent development and is due in no part to action of the witness or the Defendant; and (2) that without this witness' testimony the defense will be greatly prejudiced, the Defendant respectfully requests the Court permit witness, Elizabeth Bell, to testify at the trial of this matter via remote, contemporaneous, video transmission.

WHEREFORE, given the above premises, the Defendant, Encore Marketing International, Inc., respectfully requests that this Honorable Court grant its Emergency Motion to Take Testimony Via Contemporaneous Transmission in its entirety and permit witness, Elizabeth Bell, to testify at the trial of this matter via remote, contemporaneous, video transmission.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE

By:_____/s/_____
Timothy F. Maloney, Bar #03381
Veronica Byam Nannis, Bar #15679
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
tmaloney@jgllaw.com
vnannis@jgllaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARMEN GIBSON | * | |
| Plaintiff | * | |
| v. | * | **Civil Action No.: WDQ-02-3827** |
| ENCORE MARKETING INT'L, INC. | * | |
| Defendant | * | |

## **ORDER**

IN CONSIDERATION OF Defendant's Emergency Motion to Take Testimony Via Contemporaneous Transmission, and any opposition thereto, it is this _____ day of February, 2004, by the United States District Court for the District of Maryland,

**ORDERED,** that the Defendant's Emergency Motion to Take Testimony Via Contemporaneous Transmission be, and hereby is, **GRANTED** in its entirety, and it is further

**ORDERED,** that witness Elizabeth Bell testify at the trial of this matter via remote, contemporaneous, video transmission in accordance with the Court's normal policies and procedures regarding such testimony.

_____
William D. Quarles Jr., JUDGE,
United States District Court
for the District of Maryland

**Copies to:**

Timothy F. Maloney
Veronica Byam Nannis
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
tmaloney@jgllaw.com
vnannis@jgllaw.com

Philip B. Zipin, Esquire
Neil R. Lebowitz, Esquire
ZIPIN, MELEHY & DRISCOLL, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
pzipin@zmdlaw.com
nlebowitz@zmdlaw.com