**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CARMEN GIBSON | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No.: WDQ-02-3827 |
| ENCORE MARKETING INT'L, INC. | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S PROPOSED VOIR DIRE

1. Have any of you, your family members or close friends ever been an employee of Encore Marketing International, Inc., which was formerly known as American Leisure Industries?

2. Have any of you, your family members or close friends ever been an employee of Encore Marketing International's various affiliated entities or clubs, which include: ACS Lawphone, Advisory Communication Systems, Inc., Credit Expert, D&M Auto Recovery, Encore Preferred Traveler Club, First National Credit Card, Fortune Builder, Identity Watch, National Book Club, MedAdvanatage, OnlineCreditInfo.com, Palladian Premiere Travel, Pet Care Savings Club, Preferred Shoppers Edge, Premier Fitness and Wellness, Protect-Your-Cards, Shopper's Discount, or Villas of the World?

3. Do you know or have you ever heard of the plaintiff in this case, Carmen Gibson (maiden name Carmen Whittaker)?

4. Do you know or have you ever heard of any of the following people who may be involved in this case: [read from witness lists]?

5. Do you know or have you ever heard of the lawyers in this case: Philip Zipin and Neil Lebowitz for the plaintiff, or Veronica Byam Nannis and Timothy Maloney, the attorneys for the defendant?

6. Do any of you have any personal knowledge of this case, from any source?

7. Do any of you believe that there are simply too many lawsuits that are tying up our courts, consuming too much money, over problems that are trivial?

8. Have any of you ever served on a jury hearing a case involving a dispute between an employee and employer?

9. Have any of you, your family members, or close friends ever been involved as a party or a witness in a lawsuit that involved an employment dispute?

10. Have you or any member of your immediate family ever sued or been sued in any employment case?

11. Do any of you, your family members, or close friends own a business and employ employees?

12. Do any of you, your family members, or close friends work as a manager who supervises, evaluates, hires, or fires employees?

13. Do you have any objection to giving a plaintiff a favorable verdict and awarding her a substantial amount of money if the facts and law merit it?

14. Does anyone object to the idea that certain employees, even though they are paid a salary, must be paid time-and-a-half in additional wages if they work more than 40 hours in one week?

15. Does anyone object to the idea of giving plaintiffs extra money if the employer's failure to pay wages was not the result of a good faith dispute about whether the employer had to pay?

16. If the facts and the law warrant it, would you be willing to punish an employer who acts in bad faith by not paying employees their wages owed?

17. Have you ever filed a lawsuit or been sued in a civil lawsuit?

18. Do you have a hearing problem or any other physical problem that might interfere with your ability to hear or understand the testimony of the witnesses in this case?

19. Do you have any eyesight problems that might make it difficult for you to see exhibits that are used in this case?

20. Is there any other condition, such as a need to take medication that may cause drowsiness, which would affect your ability to sit as a juror in this case?

21. Is there anything about the nature of this case or about the parties involved that would make any of you hesitate to sit on this jury?

22. It is estimated that the trial of this case may take two (2) to three (3) days. In light of this, do any of you have any substantial reason why you could not serve as a member of the jury in this case?

23. Is there any reason that you cannot or do not wish to serve on this jury?

24. Is there any reason I have not asked you about that would lead you to feel that you could not be a fair and impartial juror in this case?

        Respectfully submitted,

        _____
        Philip B. Zipin, Bar No. 03932
        Neil R. Lebowitz, Bar No. 25155
        Zipin, Melehy & Driscoll LLC
        8403 Colesville Road, Suite 610
        Silver Spring, MD 20910
        301-587-6364
        Attorneys for Plaintiff