# Joseph Greenwald & Laake

| | | |
|---|---|---|
| FRED R. JOSEPH (1943-1997) | DA .1. BULITT | FELICIA JACKSON-TAYLOR |
| ANDREW E. GREENWALD | DOV APFEL | LISA M. VOSO |
| WALTER E. LAAKE, JR. | TIMOTHY P. O'BRIEN | AIMEE C. ROBBINS |
| STEPHEN A. FRIEDMAN | JAY P. HOLLAND | BIBI M. BERRY |
| BURT M. KAHN | JERRY D MILLER | CLAIRE E. BUCHNER |
| MICHAEL D. JACKLEY | STEVEN B. VINICK | BRIAN J. MARKOVITZ |
| STEVEN M. PAVSNER | PAUL F. RIEKHOF | VERONICA BYAM NANNIS |
| BARBARA J. GORINSON | LAWRENCE R. HOLZMAN | ALEXIS H. PETERS |
| TIMOTHY F. MALONEY | CARY J. HANSEL | ABIGAIL R. HOPPER |

JOHN S. PARKER†
† Of Counsel

Attorneys at Law
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 • Fax 220-1214
www.jgllaw.com

VERONICA BYAM NANNIS
Direct Dial: (240) 553-1209
VNANNIS@JGLLAW.COM

January 29, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**
(301) 587-6308

Neil Lebowitz, Esquire
Zipin, Melehy & Driscoll, LLC
8403 Colesville Road
Suite 610
Silver Spring, Maryland 20910

    Re: Carmen Gibson v. Encore Marketing International, Inc.
        Case No: L-02-CV-3827

Dear Neil:

    I write in response to your January 28th correspondence. While I do not know Beth Bell's current address, other than what was previously provided to you, we do have a current phone number for her. My law clerk called her this morning and left a detailed voice mail message explaining the situation and requesting a time when Ms. Bell would be available to be interviewed by you via telephone, in our presence, early next week. We will inform you as soon as we hear back from Ms. Bell.

    As to Ms. White, it must be perfectly clear that we are not negotiating her presence or absence at the trial of this matter. The only reason I brought Ms. White up in my previous correspondence was because you verbally told me last time we saw each other that you were no longer expecting to call her. I know that Ms. White has travel plans that were scheduled long ago, and I do not believe she will be in the State on, at least, the first day of our trial. Therefore, I was merely requesting to know whether or not you intend to call her -- so that her testimony can be fit in around her travel schedule. If you do not intend to call her, her travel plans can remain her personal business and you and/or I do not need to attempt to secure her presence.

    While I cannot assure you that other, proper, objections will not be made as to Ms. White, we do agree to refrain from objecting to your reading of Ms. White's previously designated

**Joseph**
   **Greenwald**
      **& Laake**

Neil Lebowitz, Esq.
January 29, 2004
Page 2

deposition pages on the basis that the witness is available and should be called to testify in person instead of said reading.

We will be in touch regarding Ms. Bell when we hear from her.

Very truly yours,

JOSEPH, GREENWALD & LAAKE, P.A.

*Veronica B. Nannis* /VBN

By: VERONICA BYAM NANNIS

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 1 0 2004

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ___ DEPUTY