IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARMEN GIBSON                         *

v.                                    *         Civil WDQ-02-3827

ENCORE MARKETING
INTERNATIONAL, INC.
                                      *
                              * * * * * *

CERTIFICATION -
EXHIBITS TO BE SUBMITTED TO JURY

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been <u>admitted into evidence</u> are to be sent to the jury room for use in jury deliberations

Counsel for Plaintiff

/s/ Philip B. Zipin, Esq.
~~Timothy Francis Maloney, ESQ.~~

Counsel for Defendant

/s/ Veronica B. Nannis, Esq.
~~Philip B. Zipin, esq.~~

FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 11 2004

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

Date: 2/10/04