# *FILED SEPARATELY SHEET*

Civil Docket No. WDQ-02-3827

Criminal Docket No.

## *FILED SEPARATELY*

☐ Answer

    Answer and attachment(s)

    Attachment(s)

☐ Exhibit(s)

☐ Motion

☐ Sealed

    Transcript of Proceedings before the Court on

    Transcript of Proceedings before SSA

    Deposition of taken on

    Other   JURY INSTRUCTIONS

## *MARGINAL ORDER*

For Pleading No.

See Pleading No.

**NO. 40**