## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**CARMEN GIBSON**

    **v.**                                                    **CIVIL NO.: WDQ-02-3827**

**ENCORE MARKETING , ETC.**

## O R D E R

      The above entitled case having come before the Court for a hearing  and certain exhibits having been offered by respective counsel, it is the //ᵗʰ day of **February  2003,** by the United States District Court for the District of Maryland,

      That all of plaintiff's and defendants' trial exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**CONSENTED TO AND RECEIVED THE ABOVE INDICATED EXHIBITS THIS DATE:**

_____                          _____
COUNSEL **FOR PLAINTIFF**                          **COUNSEL FOR DEFENDANT**
Philip B. Zipin, Esq.                                      Veronica Byam Nannis, Esq.

**Date: 3/11/04**

FILED
LODGED
ENTERED
RECEIVED

FEB 1 1 200

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY