Carmen Gibson

vs.

Encore Marketing International, Inc.

Civil/Criminal Case No.: WDQ-02-3827

Exhibits: Defendant's

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | FEB - 9 2004 | FEB - 9 2004 | Email and job description |
| 2 * | FEB - 9 2004 | FEB 11 2004 | Job codes |
| 3 | FEB 9 - 2004 | N | email July 2000 |
| 4 | FEB - 9 2004 | N | email July 13, 2000 |
| 5 | FEB - 9 2004 | N | receipt of employee handbook |
| 6 * | FEB - 9 2004 | FEB 11 2004 | employee handbook |
| 7 | FEB - 9 2004 | Withdrawn | Email May 1, 2000 |
| 8 * | FEB 10 2004 | FEB 10 2004 | Same as Px #4. job duties Tele specialist. |
| 9 | FEB - 9 2004 | FEB - 9 2004 | All of Calendar Completed produced by Carmen Gibson |
| 10 | FEB 10 2004 | N | Expense Vouchers of Carmen Gibson |

FILED ___ LODGED ___ ENTERED ___ RECEIVED

FEB 11 2004

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Distr   Premarking Exhibits Instructions w Attachments