Encore

**Civil/Criminal Case No.:** WDQ-02-3827

**Exhibits:** Plaintiff's Trial Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | increase recommendation sheets |
| 2 | 2004 | | Call monitoring form |
| 3 | | | ; calendar |
| 4 | FEB  14 | 2/10/04 | Tele specialist Job Description |
| 5 | 9 2004 | | Tele. Acct. Mgr. Job. Description |
| 6 | | | Employee handbook |
| | | → | Job titles + codes list |



AT BALTIMORE
CLERK U.S. DISTRICT COURT
BY
DISTRICT OF MARYLAND
DEPUTY