IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARMEN GIBSON,                    *

    Plaintiff,                    *

v.                                *     Civil Action WDQ 02-3827

                                  *

ENCORE MARKETING
INTERNATIONAL, INC.,              *

    Defendant.                    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**VERDICT FORM**

1.  Do you find by a preponderance of the evidence:

    a.  That Plaintiff Carmen Gibson worked more than forty (40) hours in any given workweek during the relevant time period?

        YES _____      NO ✓ _____

    b.  That Defendant Encore Marketing International, Inc. failed to pay Plaintiff Carmen Gibson the overtime pay required by law?

        YES _____      NO ✓ _____

(If you answered "NO" to either of the preceding questions, please stop here, sign and return the form.)

*[signature]*                                    Feb 11, 04

                                                                                                                                         JSC

*[Filed stamp: FEB 11 2004, AT BALTIMORE, CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND, DEPUTY]*

2.  Do you find by clear and convincing evidence that Plaintiff Carmen Gibson was exempt from the Fair Labor Standards Act as an administrative employee?

    YES _____   NO _____

    (If you answered "YES" to this question, please stop here, sign and return the form.)

3.  Do you find by a preponderance of the evidence that Defendant's Encore Marketing International, Inc. violation of the Fair Labor Standards Act was willful in nature?

    YES _____   NO _____

4.  Plaintiff Carmen Gibson should be awarded $ _____ in damages, broken down as follows:

    November 2000 – May 31, 2001: $ _____

    November 1999 – October 2000: $ _____

5.  Interest awarded to Plaintiff Carmen Gibson:

    $

6.   Additional damages awarded under the Maryland Wage Payment & Collection Law:

$ _____

**SO SAY WE ALL.**

_____, Ph.D.                2/11/04
Jury Foreman                                     DATE