IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARMEN GIBSON

v.                                          CIVIL NO.: WDQ-02-3827

ENCORE MARKETING INTERNATIONAL, INC.

## JUDGMENT

The above entitled case having come on for a trial by jury before the undersigned and the issues having been duly tried and the Jury after deliberation rendered it's decision it is this 11th day of February 2004 ORDERED and ADJUDGED :

That judgment BE, and hereby IS, entered in favor of defendant, against the plaintiff.

That any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference therein, and this order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58.

William D. Quarles, Jr.,
U.S. District Judge