IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARMEN GIBSON

vs.                                    *         Case No.: WDQ-02-3827

MICHAEL BROWN

******

## AUTHORIZATION FOR JUROR MEAL

The United States Marshal is directed to provide meals, lodging, or refreshments for the jury and bailiff while the jury is deliberating.

| DATE | JURY RECEIVED |
|---|---|
| 2/11/04 | LUNCH |
|  |  |
|  |  |
|  |  |
|  |  |

Number of Jurors: __8__

Name of C.S.O.: _Tony Petralia_

IT IS SO AUTHORIZED this __15__ day of _February_, 2004.

_____
Felicia C. Cannon
Clerk

U.S. District Court (Rev. 5/2000) - Order for Jury Meals, etc.